1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD THOMAS,

12                  Plaintiff,                  No. CIV S-09-871 KJM P

13          vs.

14   L. BETTI, et al.,

15                  Defendants.

16   _____/            ORDER

17          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

18   U.S.C. § 1983.  The defendants removed this case from the Superior Court of Lassen County,

19   pursuant to 28 U.S.C. § 1441(b) and have paid the applicable filing fee.  This proceeding was

20   referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

21          The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

22   and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

23   reasonable opportunity to prevail on the merits of this action against all named defendants.

24   /////

25   /////

26

1

1          In accordance with the above, IT IS HEREBY ORDERED that the defendants file

2   a response to the complaint within thirty days of the entry of this order.

3   DATED:  August 24, 2009.

4
    4/thom0871.1                            _____
5                                           U.S. MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2