IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD THOMAS,

        Plaintiff,                  No. CIV-S-09-0871 KJM

    vs.

L. BETTI, et al.,

        Defendants.         ORDER

                                  /

        On October 26, 2009, defendants filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action be pursuant Federal Rule of Civil Procedure 41(b).

DATED: June 22, 2010.

                                                  U.S. MAGISTRATE JUDGE

4
thom0871.46osc